LAW OFFICES

## WILLIAM J. GEARTY
A PROFESSIONAL CORPORATION
1222 THIRD AVENUE
SPRING LAKE, NEW JERSEY  07762

(732) 449-1114
———
FAX:  (732) 449-7292

May 25, 2007

<u>Via Electronic Filing</u>
Clerk's Office
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E State Street
Trenton NJ   08608

**Re:      Villari v. Township of Wall, et als.**
**Civil Action:  3:06-cv-4 (FLW)**

Dear Sir/Madam:

I electronically file a May 25, 2007 letter addressed to Judge Freda L. Wolfson concerning the encaptioned case, which is on administrative hold or administrative termination.

Very truly yours,

*/s/ William J. Gearty*

William J. Gearty

WJG/mb
Enclosure
cc:      Layni Rothbort, Esquire
         John T. Bazzurro, Esquire
         John J. Bonello, Esquire
         Laura Sable, Scibal Associates
            Claim No.:  003-017-T38208-37

LAW OFFICES

# WILLIAM J. GEARTY
A PROFESSIONAL CORPORATION
1222 THIRD AVENUE
SPRING LAKE, NEW JERSEY   07762

(732) 449-1114
————
FAX:  (732) 449-7292

May 25, 2007

<u>Via Electronic Filing</u>
Honorable Freda L. Wolfson, U.S.D.J.
Fisher Federal Building and U.S. Courthouse
402 East State Street
Trenton NJ   08608

**Re:      Villari v. Township of Wall, et als.**
**          Civil Action:  3:06-cv-4 (FLW)**

Dear Judge Wolfson:

Following teleconferences with all counsel on October 6, 2006 and October 17, 2006, your Honor entered an Order stating the Court's "opinion that the pendency of the state suit causes causes a conflict of interest should Ms. Rothbort continue in the representation of David K. Villari in this matter."

Your Honor then on October 23, 2006 ordered that "the encaptioned matter be placed on administrative hold or administrative termination for a period of time no longer than six months from the date of this Order."

That six month period expired on April 23, 2007.

The final paragraph of Your Honor's Order stated that any of the parties may move on letter request to the court and counsel for a restoration of the cause to the active calendar in which time any appropriate motion for the dismissal of the cause on the grounds of conflict of interest may be made.  Please accept this letter to be such a request.

It may be that counsel for the plaintiff will voluntarily dismiss the cause without the necessity of a restoration and a dismissal motion.  I await the court's response.

Respectfully Yours,

*/s/ William J. Gearty*

William J. Gearty

WJG\mb
cc:
   Layni S. Rothbort, Esquire
   John T. Bazzurro, Esq.
   John J. Bonello, Esquire
   Laura Sable, Scibal Associates
      Claim No.:  003-017-T38208-37