# Layni S. Rothbort
## Attorney At Law
49 Oval Road
Millburn, New Jersey 07041

TEL: (973) 376-2125
FAX: (973) 564-8129

June 8, 2007

<u>VIA ELECTRONIC FILING</u>

Honorable Freda L. Wolfson, U.S.D.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher U.S. Courthouse and Federal Building
402 East State Street
Trenton, NJ  08608

Re: David K. Villari v. Township of Wall, et al.
    Case Number: 3:06-cv-4

Dear Judge Wolfson:

   I am writing in response to Mr. Gearty's letter dated May 25, 2007.  Mr. Villari suffered a personal loss recently: his wife died on April 2, 2007, leaving him alone to care for their 18 –month year old son. Needless to say, his attentions have been diverted from this case for the past two months.  He had been in contact with potential substitute counsel, who was reviewing the case, but said attorney has not yet responded as to whether he was interested in taking on the case.  However, in the interim, the major conflict of interest that I had in connection with this case has been eliminated.  The lawsuit that had been filed against both me and my client has been dismissed.  Furthermore, Plaintiff is willing to waive those fees listed in his answers to interrogatories that pertain to my prior services.  Therefore, there should no longer be any bar to me continuing representing Mr. Villari and I hereby request that this case be re-activated.

Very Truly Yours,

s/  Layni S. Rothbort

Layni S. Rothbort

LSR:hh

Cc: John Bazzuro, Esq.
    John Bonello, Esq.
    William Gearty, Esq.